**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **PEDRO LUIS VASQUEZ ESTRADA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 5:26-cv-00086-CAR-ALS** |
| **Warden JOHN OR JANE DOE,** | : | |
| **Defendant.** | : | |

**DISMISSAL ORDER**

*Pro se* Plaintiff Pedro Luis Vasquez Estrada filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff indicated that he was incarcerated at the Robert A. Deyton Detention Facility at the time of filing his complaint and in subsequent documents he filed with the Court. *See* ECF No. 1-1, 5, 7, 9. On April 23, 2026, the Court granted Plaintiff leave to proceed *in forma pauperis* but ordered that he pay a statutorily required initial partial filing fee of $9.30. ECF No. 6. Plaintiff was also ordered to recast his complaint and to keep the Court informed of any changes in his mailing address. *Id*. Plaintiff was given fourteen (14) days to comply with the Court's order. *Id*. Plaintiff was notified that a failure to comply with an order of the Court could result in the dismissal of his civil action. *Id*. Plaintiff failed to pay the fee and did not submit a recast complaint.

Therefore, on May 26, 2026, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to obey a Court order. ECF No. 8. The Court informed Plaintiff that his action would be dismissed if he failed to respond or otherwise pay the fee and file a recast complaint. *Id*. Plaintiff was given fourteen (14) days to

respond. *Id*. Plaintiff filed a recast complaint (ECF No. 9) but he did not pay the fee. Thus, on July 2, 2026, the Court again ordered Plaintiff to show cause on why his complaint should not be dismissed for failure to pay the filing fee. ECF No. 11. Plaintiff has failed to respond. Additionally, mail sent to Plaintiff at the Robert Deyton Detention Center address has been returned to the Court with notations indicating that Plaintiff may no longer be incarcerated at that facility. ECF Nos. 10 and 12. Plaintiff has not otherwise notified the Court of his current address.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 31st day of July, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA