IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PEDRO LUIS VASQUEZ ESTRADA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:26-cv-00086-CAR-ALS |
| Warden JOHN OR JANE DOE, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated July 31, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 31st day of July, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk